# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SAVAGE SERVICES CORPORATION,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   CIV. ACT. NO.  1:20-cv-137-TFM-N |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this same date and with the Court's findings at the conclusion of the bench trial, it is **ORDERED, ADJUDGED, and DECREED** that the Court finds in favor of the Defendant, the United States of America, and against the Plaintiffs, Savage Services Corporation and Savage Inland Marine, LLC.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 30th day of March, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE