IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SAVAGE SERVICES CORPORATION,** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   CIV. ACT. NO.  1:20-cv-137-TFM-N |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| Defendant. | ) |

## AMENDED JUDGMENT

In accordance with the Memorandum Opinion and Order entered on March 30, 2023 and with the Court's findings at the conclusion of the bench trial, it is **ORDERED, ADJUDGED, and DECREED** that the Court finds in favor of the Defendant, the United States of America, and against the Plaintiffs, Savage Services Corporation and Savage Inland Marine, LLC.

It is further **ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of the Defendant, the United States of America, and against the Plaintiffs, Savage Services Corporation and Savage Inland Marine, LLC, in accordance with the earlier decision of the Court on the United States' Motion for Summary Judgment (Doc. 175) in the amount of $151,657.78.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Amended Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 11th day of April, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE